UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: _____

ANDREA INGOGLIA,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## **C O M P L A I N T**

COMES NOW the Plaintiff, ANDREA INGOGLIA, by and through her undersigned attorney, and hereby sues the Defendant, CARNIVAL CORPORATION, and alleges as follows:

1. That this is an action for damages in excess of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest, costs and attorney's fees.

2. That at all times material hereto, the Plaintiff, ANDREA INGOGLIA, was a resident of Spring Hill, Florida.

3. That at all times material hereto, the Defendant, CARNIVAL CORPORATION, hereinafter referred to as "CARNIVAL" was a Panamanian corporation, had a principal place of business and was doing business in Miami-Dade County, Florida, and was the owner/operator of the cruise ship *PARADISE*.

4. That this Court has admiralty jurisdiction pursuant to 28 U.S.C. §1333 and the General Maritime Laws of the United States. Furthermore, the Defendant has designated this Court as the jurisdiction and venue of choice in its ticket of passage.

5. That on or about May 20th, 2015, the Plaintiff, ANDREA INGOGLIA, was a passenger on the Defendant's vessel, *PARADISE*.

6. That on or about May 20th, 2015, the Plaintiff, ANDREA INGOGLIA, slipped and fell on a wet floor in the dining room of the *PARIDISE,* and sustained injuries more fully set forth below.

7. That at all times material, the Defendant, CARNIVAL, had the duty to use reasonable care under the circumstances for Plaintiff's safety and to maintain its premises in a reasonably safe condition.

8. That the Defendant breached its duty of care to the Plaintiff and was negligent in one or more of the following manner:

   (a) By allowing a dangerous condition to exist, to wit, a wet and unreasonably slippery surface on the dining room floor;

   (b) By creating a dangerous condition, a wet and slippery floor;

   (c) By placing a refrigerator or other equipment so near the Plaintiff that it allowed water or other liquid substances to leak or spill onto the floor so close to the Plaintiff as to pose an unreasonably dangerous condition;

   (d) In failing to warn the Plaintiff of the dangerous condition, the wet and slippery floor, about which it had knowledge superior to that of the Plaintiff;

9. That as a direct and proximate result of the negligence of the Defendant as heretofore described, the Plaintiff, ANDREA INGOGLIA, suffered bodily injury, including but not limited to a torn meniscus in her knee, incurred medical expenses for the treatment of said injuries, lost income and her earning capacity was impaired, physical pain and suffering, scarring,

disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant for all compensatory damages allowable under the law, together with costs, for prejudgment interest, for trial by jury and any other relief deemed just and appropriate by this Honorable Court.

>Respectfully submitted,
>WAKS & BARNETT, P.A.
>Attorneys for Plaintiff(s)
>9900 SW 107th Ave., #101
>Miami, FL 33176
>Tel: (305) 271-8282
>Fax: (305) 595-9776
>
>By: */s/ Joel M. Barnett*
>    JOEL M. BARNETT
>    FBN: 248428